IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA LYNN RANDELL, | No. CIV S-07-2382-FCD-CMK |
| Plaintiff, | |
| vs. | ORDER |
| RICHARD C. MARTIN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, proceeding pro se, brings this civil action against several defendants. Currently before the court are defendants' motions to dismiss (Doc. 8, 12) filed March 19, 2008, and March 24, 2008. This matter is currently on calendar for hearing before the undersigned on May 13, 2008, at 10:00 a.m.[1]  Also on calendar, pursuant to the scheduling order (Doc. 2), is a Status (Pretrial Scheduling) Conference set for April 23, 2008, at 10:00 a.m.

/ / /

---

[1] The hearing on one of the motions to dismiss was originally set before the district judge on May 9, 2008. Pursuant to Eastern District of California Local Rules, 72-302(c) and 78-230(a), a motion to dismiss in a pro se case is to be set before the magistrate judge assigned to the case. Accordingly, the motion has been re-noticed, and is now set before the undersigned on May 13, 2008. (Doc. 13)

1  The court finds it appropriate to vacate the Status (Pretrial Scheduling)
2  Conference pending resolution of defendants' motions to dismiss.  If the motions to dismiss are
3  not case dispositive, the court will re-set this matter for a status/scheduling conference.
4  IT IS SO ORDERED.

6  DATED: April 4, 2008

  _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE