IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA LYNN RANDELL, | No. CIV S-07-2382-FCD-CMK |
| Plaintiff, | |
| vs. | ORDER |
| RICHARD C. MARTIN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, proceeding pro se, brings this civil action against several defendants. Currently before the court is defendants' motions to dismiss (Docs. 8, 12, 13). Pursuant to Eastern District of California Local Rule 78-230(h), the hearing on the motions to dismiss, scheduled for May 13, 2008, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs.

IT IS SO ORDERED.

DATED: April 30, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1