# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBRA LYNN RANDELL,           No. CIV S-07-2382-FCD-CMK

      Plaintiff,

  vs.                            <u>ORDER</u>

RICHARD C. MARTIN, et al.,

      Defendants.

         Plaintiff, proceeding pro se, brings this civil action against several defendants. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

         On December 29, 2008, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

         The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

         Accordingly, IT IS HEREBY ORDERED that:

         1.      The findings and recommendations filed December 29, 2008, are adopted in full;

2. The motions to dismiss (Docs. 8, 12, 13) are granted;

3. The motion to dismiss filed by defendants Martin and Mulka (Doc. 12) is granted without leave to amend and defendants Martin and Mulka are dismissed from this action;

4. Defendant Mitchell's motion to dismiss (Docs. 8, 13) is granted with leave to amend;

5. Plaintiff's complaint is dismissed with limited leave to amend as set forth in the findings and recommendations issued December 29, 2008; and

6. Plaintiff may file an amended complaint, against defendant Mitchell only, within 30 days of the date of service of this order.

DATED: February 17, 2009.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE